UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

VIRGINIA SMEDBRON,

                Plaintiff,

vs.                                                 Case No.: 19-cv-390

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

---

ORDER ON STIPULATION FOR ATTORNEY'S FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. §2412(d)

---

Dana Duncan, counsel for plaintiff, moves for a fee award under 42 U.S.C. § 406(b). Dkt. [23]. The commissioner doesn't oppose the request. The statute allows a prevailing party to recover a reasonable fee, but the total amount awarded at both the district court and the administrative level may not exceed 25 percent of the past benefits awarded. See Gisbrecht v. Barnhart, 535 U.S. 789, 792 (2002). In this case 25 percent is $8,938.50. Dkt. [23]-2. Counsel previously received $4,190.14 under the Equal Access to Justice Act, and he says that he is seeking $2,288.50 from the agency, so he is requesting $2,359.86 from this court, for a total award of $8,838.50, which is slightly less than 25 percent. Counsel devoted 13.30 hours of attorney time and 16.65 hours of paralegal time to proceedings in this court. Dkt. [23]-3. Even if paralegal time is excluded, counsel's effective rate is less than $500 an hour. The court concludes that the requested fee is reasonable in light of "the character of the representation and the results the representative achieved." Gisbrecht, 535 U.S. at 808. So Duncan's motion, Dkt. [23], is GRANTED. The court APPROVES a representative fee of $2,359.86.

Date this 10th day of June, 2021.

/s/ James D. Peterson
District Judge